UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CENGIZ KARAKOC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 18-cv-06620-RMI<br><br>**ORDER ON MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. No. 36 |

　　　This matter having come on regularly before the undersigned upon Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. §406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore,

　　　IT IS HEREBY ORDERED that Plaintiff's attorney, Geri N. Kahn, is awarded an attorney fee in the sum of $34,785.71, pursuant to 42 U.S.C. §406(b). Plaintiff's attorney shall upon receipt of these fees refund to Plaintiff the sum of $5,500.00 which is the amount of EAJA attorney fees previously awarded in this case. Further, because it appears that some of Plaintiff's withheld past-due benefits have already been used to pay attorney fees to a different attorney pursuant to § 406(a), in the event that the amount withheld by the Commissioner is not sufficient to satisfy the § 406(b) fees awarded by this Court, Counsel must recover any remainder of her fees directly from Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: August 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge